# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL DOWLING, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:17-cv-01633-JHE |
| MIDLAND FUNDING, LLC, et al., | ) |
| Defendants. | ) |

## ORDER

The scheduling order in effect in this case provides that discovery shall be completed by August 3, 2018, and dispositive motions filed by September 7, 2018. (*See* doc. 14). Both deadlines have now passed, and no dispositive motions have been filed. Therefore, the parties are **ORDERED** to file a joint status report by **September 25, 2018**, regarding the status of this case. If the parties have not resolved their claims, they are encouraged to discuss alternative dispute resolution, including the potential for mediation, and to include in their status report their position on whether or not they believe mediation would be beneficial to the resolution of this action.

DONE this 11th day of September, 2018.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE